IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 7729 |
| HUBBARD HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, HUBBARD HEATING & COOLING, INC., an Illinois corporation, in the total amount of $51,599.91, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,137.25.

On November 4, 2011, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the corporation's secretary, Linda O'Sullivan) at the corporation's place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 25, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 1st day of December 2011:

      Ms. Kirsten E. Steeves, Registered Agent
      Hubbard Heating & Cooling, Inc.
      300 E. Main Street
      Peotone, IL   60468

      Mr. Jeffery O'Sullivan, President
      Hubbard Heating & Cooling, Inc.
      112 S. First Street
      Peotone, IL   60468

      Ms. Linda O'Sullivan, Secretary
      Hubbard Heating & Cooling, Inc.
      19145 85th Court
      Mokena, IL   60448

      /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Hubbard\#23639\motion.cmc.df.wpd